# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00187-CV

### J. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
## NO. C2018-0472C, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. D. filed his notice of appeal on February 26, 2019. The appellate record was complete April 2, 2019, making appellant's brief due April 22, 2019. On April 22, 2019, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than May 13, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 23, 2019.

Before Chief Justice Rose, Justices Kelly and Smith